# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| WARREN R. NEWELL, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:15-cv-00025-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| HENDERSON COUNTY SHERIFF'S OFFICE; HENDERSON COUNTY JAIL OFFICIALS; HENDERSON COUNTY MEDICAL STAFF, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 29, 2015 Order.

May 29, 2015

_____
Frank G. Johns, Clerk
United States District Court